No. 692. CHEATHAM ELECTRIC SWITCHING DEVICE COMPANY v. TRANSIT DEVELOPMENT COMPANY ET AL.

Appeal from the District Court of the United States for the Eastern District of New York. Motion to dismiss or affirm submitted March 1, 1920. Decided March 8, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Aspen Mining & Smelting Co.* v. *Billings,* 150 U. S. 31, 37; *Brown* v. *Alton Water Co.,* 222 U. S. 325, 332–334; *Metropolitan Water Co.* v. *Kaw Valley District,* 223 U. S. 519, 522; *Shapiro* v. *United States,* 235 U. S. 412, 416. And see *Red Jacket, Jr., Coal Co.* v. *United Thacker Coal Co.,* 248 U. S. 531. *Mr. Albert M. Austin* for appellant. *Mr. Thomas J. Johnston* for appellees.